| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>ROSENBAUM, JAMES M | 2. Court or Organization<br><br>U.S.D.C., D.MINNESOTA | 3. Date of Report<br><br>03/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>300 South 4th St., Suite 15E<br><br>MINNEAPOLIS, MN 55415 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Advisory Board Member | The Sedona Conference |
| 2.    Board Member | ███████████████████ |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ** NOTHING TO REPORT ** |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | None - Outside of Judicial Pay | $154,700 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | State of Minnesota Courts |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Egypt - Commerical Law Development Program - 1/7 - 1/20, 2004 | Travel Reimbursement - Transportation, Room and Meals |
| 2. | U.S. Marshal Service Seminar - Miami - Florida - 2/2 - 2/9, 2004 | Travel Reimbursement - Transportation, Room, and Meals |
| 3. | University of Missouri (Electronic Evidence Seminar) - St. Louis, MO - 3/12/04 | Travel Reimbursement - Transportation, Room, and Meals |
| 4. | Glasser Legalworks Seminar - San Francisco, CA - 4/14 - 4/16, 2004 | Travel Reimbursement - Transportation, Room, and Meals |
| 5. | Institute for Law & Economic Policy - Miami - Florida - 4/22 - 4/25, 2004 | Travel Reimbursement - Transportation, Room, and Meals |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM,  JAMES M | 03/10/2005 |

## IV.  REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 6. | University of Missouri Law School - Evidence Seminar - St. Louis, Missouri 5/14, 2004 | Travel Reimbursement - Transportation, Room, and Meals |
| 7. | William & Mary Trial Advocacy Workshop - Arlington - 6/23 6/26, 2004 | Travel Reimbursement - Transportation, Room, and Meals |
| 8. | Minnesota State Bar Association Convention - Duluth, Minnesota - 6/10 - 6/11, 2004 | Travel Reimbursement - Transportation, Room and Meals |
| 9. | Minnesota District Judges Assn - Brainerd, Minnesota 9/21, 2004- | Travel Reimbursement - Transportation, Room and Meals |
| 10. | George Mason University Seminar - LaJolla, California - 9/30 - 10/3, 2004 | Travel Reimbursement - Transportation, Room and Meals |
| 11. | Sedona Conference, Sedona, Arizona - 11/3 - 11/5, 2004 | Travel Reimbursement - Transportation, Room and Meals |
| 12. | Glasser Legalworks Electronic Discovery Seminar - New York - 11/7 - 11/9, 2004 | Travel Reimbursement, Transportation, Room and Meals |
| 13. | Duke University Seminar - Durham, North Carolina - 11/21 - 11/23, 2004 | Travel Reimbursement, Transportation, Room and Meals |
| 14. | Glasser Legalworks Electronic Discovery Conf. - San Francisco, CA 12/8 - 12/10, 2004 | Travel Reimbursement, Transportation, Room and Meals |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSENBAUM, JAMES M | 03/10/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Minneapolis Club | Honorary Membership | $0 |
| 2. | | value unknown (see attached) | $0 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Checking Plus | J |
| 2. | U.S. Bank | Checking Plus | J |
| 3. | NELNET | Federal Education Loan | K |

ATTACHMENT

The Minneapolis Club extends honorary, non-voting, memberships to federal judges, among others. Honorary members may use the club on a pay-for-use basis. The Minneapolis Club regards these memberships as being of no value (see attached letter). Full voting membership costs approximately $3,200 per year.





# MINNEAPOLIS CLUB

DATE: August 8, 1995

TO: Brenda

    Judge M. Davis' Office

FAX #:

FROM: Hans J. Schaub

Number of pages to follow: 0

MESSAGE: RE: Honorable Michael J. Davis, Judge, United States District Court
In response to your questions regarding the membership, there is absolutely
no monetary value connected with this membership. Honorary and Community
memberships are a tradition of long standing at the Minneapolis Club and
have been extended to persons of high political office, the clergy, the courts,
the University, career diplomats and other persons of distinction serving our
community. The club has currently 55 persons in this category..
Please call me if you wish additional information.

Any questions or problems regarding this transmiss███████████████
directed to ██████████. Thank you.

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M | 03/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   AT&T Common Stock | A | Dividend | J | T | | | | | |
| 2.   AT&T Common Stock | A | Dividend | J | T | | | | | |
| 3.   Bell South Common Stock | A | Dividend | J | T | | | | | |
| 4.   SBC | A | Dividend | J | T | | | | | |
| 5.   Sit Mutual Funds Money Market Fund, Inc. | A | Dividend | J | T | | | | | |
| 6.   Bell Atlantic, (Now Verizon) | A | Dividend | J | T | | | | | |
| 7.   Sit Mutual Funds IRA (Please see attached) | A | Dividend | K | T | | | | | |
| 8.   Sit Mutual Funds IRA (Please see attached) | A | Dividend | K | T | | | | | |
| 9.   Lucent | A | Dividend | J | T | | | | | |
| 10.  Alliance IRA Exchange Reserve A (now Alliance Bemadien) | A | Dividend | K | T | | | | | |
| 11.  The Select Ten Dow IRA | A | Dividend | J | T | | | | | |
| 12.  The Select Ten Dow IRA | A | Dividend | J | T | | | | | |
| 13.  MMM Common Stock (IRA) (now Three M) | A | Dividend | J | T | | | | | |
| 14.  State of Minnesota Deferred Comp | A | Div. & Int. | K | T | | | | | |
| 15.  State of Minnesota (Pension Vested) | | | | | | | | | |
| 16.  Comcast (received as distribution from AT&T 9/02 | A | Div. | J | T | | | | | |
| 17.  Comcast | A | Dividend | J | T | | | | | |
| 18.  Agere (received as distribution from Lucent) | A | Div. | J | T | | | | | |

1. Income/Gain Codes:       A  = $1,000 or less       B  = $1,001-$2,500       C  = $2,501-$5,000       D  = $5,001-$15,000       E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50.001-$100,000    G  = $100,001-$1,000,000   H1  = $1,000,001-$5,000,000   H2  = More than $5.000,000
2. Value Codes:              J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000    M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1  = $1,000,001-$5,000,000   P2  = $5,000,001-$25,000,000
                             P3 = $25.000,001-$50,000,000   P4  = $More than $50,000,000
3. Value Method Codes        Q  = Appraisal           R  = Cost (Real Estate Only)   S  = Assessment   T  = Cash/Market
   (See Column C2)           U  = Book Value          V  = Other               W  = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

7. SIT Large Cap Growth Fund, Inc.    A    Dividend    J    T
    SIT Small Cap Growth Fund    A    Dividend    J    T

8. SIT Mid Cap Growth Fund, Inc.    A    Dividend    K    T
    SIT Small Cap Growth Fund    A    Dividend    J    T

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSENBAUM, JAMES M | 03/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date___March 9, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544